B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re William Chatman ,  Case No. 13-44692
Debtor
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Ocwen Loan Servicing, LLC   **Court claim no.** (if known): 2

**Last four digits** of any number you use to identify the debtor's account: 5 7 2 5

**Date of payment change:** 6/1/2014
Must be at least 21 days after date of this notice   mm/dd/yyyy

**New total payment:** $ 1374.88
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☒ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 409.11   New escrow payment: $ 458.54

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☒ No
☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %   New interest rate: _____ %
Current principal and interest payment: $ 916.34   New principal and interest payment: $ 916.34

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____
Current mortgage payment: $ _____   New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.　　☐ I am the creditor's authorized agent.
　　　　　　　　　　　　(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Kenneth A. VanNorwick　　　　　　　　　　　　　Date　03/28/2014
　Signature　　　　　　　　　　　　　　　　　　　　　　　　　　　mm/dd/yyyy

**Print:**　Kenneth　　A　　VanNorwick　　　　Title　Attorney for Creditor
　　　　　First Name　Middle Name　Last Name

**Company**　Potestivo & Associates, P.C.

**Address**　811 South Boulevard, Suite 100
　　　　　　Number　　Street
　　　　　　Rochester Hills,　　MI　　48307
　　　　　　City　　　　　　　　State　ZIP Code

**Contact phone**　(248) 853-4400　　　　　　　　　Email　kvannorwick@potestivolaw.com



OCWEN
PO Box 780
3451 Hammond Ave
Waterloo, IA 50704-0780
1-800-766-4622

**Important Note** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

## ESCROW ANALYSIS STATEMENT

ACCOUNT NUMBER: Redacted

PROPERTY ADDRESS:
5733 CARY DRIVE
YPSILANTI MI 48197

ANALYSIS DATE: MARCH 07, 2014

49547-0000419-001
WILLIAM CHATMAN
5733 CARY DR
YPSILANTI MI 48197-8157

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT

### Section 1:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| FHA RISK BASED | JUNE 2014 | 56.58 | 57.53 |
| FHA RISK BASED | JULY 2014 | 56.58 | 57.53 |
| FHA RISK BASED | AUGUST 2014 | 56.58 | 57.53 |
| FHA RISK BASED | SEPTEMBER 2014 | 56.58 | 57.53 |
| CITY/TOWNSHIP | SEPTEMBER 2014 | 2,087.19 | 2,069.36 |
| FHA RISK BASED | OCTOBER 2014 | 56.58 | 57.53 |
| FHA RISK BASED | NOVEMBER 2014 | 56.58 | 57.53 |
| FHA RISK BASED | DECEMBER 2014 | 56.58 | 57.53 |
| CITY/TOWNSHIP | DECEMBER 2014 | 1,393.50 | 1,220.97 |
| FHA RISK BASED | JANUARY 2015 | 56.58 | 57.53 |
| FHA RISK BASED | FEBRUARY 2015 | 56.20 | 57.53 |
| FIRE | MARCH 2015 | 991.00 | 929.00 |
| FHA RISK BASED | APRIL 2015 | 56.58 | 57.53 |
| FHA RISK BASED | APRIL 2015 | 56.58 | 57.53 |
| FHA RISK BASED | MAY 2015 | 56.58 | 57.53 |
| **TOTAL ANNUAL DISBURSEMENTS:** | | **5,150.80** | **4,909.39** |
| **TOTAL ESCROW PAYMENT:** | | **429.23** | **409.11** |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE:** If you pay the escrow shortage amount of $351.73, your new total payment will automatically be adjusted to $1,345.57 effective with your JUNE 01, 2014 payment. If you do not pay the shortage, your total payment effective JUNE 01, 2014 will be $1,374.88.

|  | New | Prior Analysis |
|---|---|---|
| Payment change: | | |
| Escrow | 429.23 | 409.11 |
| Surplus/Shortage | 29.31 | 0.00 |
| Escrow Shortage Spread 12 Months | | |
| Total | 458.54 | 409.11 |
| Principal/Interest | 916.34 | 916.34 |
| Total Payment | 1,374.88 | 1,325.45 |

Depending on the timing of when your next billing notice is released, you may not see the payment change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

Any questions regarding changes in the "Estimated Amount of Next Disbursement" should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call: 1-800-256-9962.
To reach our tax department call: 1-877-264-5760.

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.
NOTE — you must use the below address when remitting your escrow shortage payment

---

THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT



OCWEN

**THIS IS NOT A CHECK**
NOTE — you must use this address when remitting your escrow shortage payment

| Account Number | Shortage Amount |
|---|---|
| Redacted | 351.73 |

Total Amount Enclosed $

WILLIAM CHATMAN

OCWEN LOAN SERVICING LLC
PO BOX 79162
PHOENIX AZ 85062-9162

If you pay the escrow shortage amount of $351.73, your new payment will be automatically adjusted to $1,345.57 effective with your JUNE 01, 2014 payment.

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

ANALYSIS TYPE: 1/6 AGGREGATE  
PROJECTED ESCROW BALANCE AS OF: MAY 31, 2014

ACCOUNT NUMBER: Redacted  
1,265.86 *

\* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

| Current Escrow Balance: | | 8,378.74- | |
|---|---|---|---|
| Esc Rcpts to Eff Dt | | Esc Disb Prior to Eff Dt | |
| Due Dt | Due Amt | Disb Date | Disb Amt |
| 04/12 | 413.72 | 04/30/14 | 891.00 |
| 05/12 | 413.72 | 05/01/14 | 56.58 |
| 06/12 | 9,664.74 * | | |

*Indicates Sum of Remaining Escrow Payments &/or Escrow Disbursements to Effective Date.

L ANTICIPATED LOW POINT FOR ANALYSIS PERIOD: 393.57

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP) 745.30

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR BAL PROJECTIONS | REQ BAL PROJECTIONS |
|---|---|---|---|---|
| PROJECTED BALANCE | | | 1,265.86 | 1,617.59 |
| 06/01/14 | 429.23 | 56.58- | 1,638.51 | 1,990.24 |
| 07/01/14 | 429.23 | 56.58- | 2,011.16 | 2,362.89 |
| 08/01/14 | 429.23 | 56.58- | 2,383.81 | 2,735.54 |
| 09/01/14 | 429.23 | 56.58- | 2,756.46 | 3,108.19 |
| 09/01/14 | .00 | 2,087.19- | 669.27 | 1,021.00 |
| 10/01/14 | 429.23 | 56.58- | 1,041.92 | 1,393.65 |
| 11/01/14 | 429.23 | 56.58- | 1,414.57 | 1,766.30 |
| 12/01/14 | 429.23 | 56.58- | 1,787.22 | 2,138.95 |
| 12/01/14 | .00 | 1,393.65- | 393.57 | 745.30 L |
| 01/01/15 | 429.23 | 56.58- | 766.22 | 1,117.95 |
| 02/01/15 | 429.23 | 56.58- | 1,138.87 | 1,490.60 |
| 03/01/15 | 429.23 | 56.58- | 1,511.52 | 1,863.25 |
| 04/01/15 | 429.23 | 991.00- | 949.75 | 1,301.48 |
| 04/01/15 | .00 | 56.58- | 893.17 | 1,244.90 |
| 05/01/15 | 429.23 | 56.58- | 1,265.82 | 1,617.55 |

Section 3  ➡  **SHORTAGE     351.73**

ESCROW ACCOUNT ACTIVITY (JUNE 01, 2013 - MAY 31, 2014)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| 03/01/13 | | .00 | .00 | FHA RISK BASED | 57.53- | 4,410.62- |
| 04/01/13 | | .00 | .00 | FHA RISK BASED | 57.53- | 5,459.15- |
| 04/01/13 | | .00 | .00 | FIRE | 991.00- | 5,459.15- |
| 05/01/13 | | .00 | .00 | FHA RISK BASED | 57.53- | 5,516.68- |
| BEGINNING BALANCE | | | 1,532.13 | | | 5,516.68- |
| 06/01/13 | PAYMENT | 409.11 | 1,883.71 | | .00 | 5,573.26- |
| 06/01/13 | FHA RISK BASED | 57.53- | 1,883.71 | FHA RISK BASED | 56.58- | 5,573.26- |
| 07/01/13 | PAYMENT | 409.11 | 2,235.29 | | .00 | 5,629.84- |
| 07/01/13 | FHA RISK BASED | 57.53- | 2,235.29 | FHA RISK BASED | 56.58- | 5,629.84- |
| 08/01/13 | PAYMENT | 409.11 | 2,586.87 | | .00 | 5,686.42- |
| 08/01/13 | FHA RISK BASED | 57.53- | 2,586.87 | FHA RISK BASED | 56.58- | 5,686.42- |
| 08/01/13 | | .00 | 2,586.87 | CITY/TOWNSHIP | 2,087.19- | 7,773.61- |
| 09/01/13 | PAYMENT | 409.11 | 2,938.45 | | .00 | 7,830.19- |
| 09/01/13 | FHA RISK BASED | 57.53- | 2,938.45 | FHA RISK BASED | 56.58- | 7,830.19- |
| 09/01/13 | CITY/TOWNSHIP | 2,069.36- | 869.09 | | .00 | 7,830.19- |
| 10/01/13 | PAYMENT | 409.11 | 1,220.67 | | .00 | 7,886.77- |
| 10/01/13 | FHA RISK BASED | 57.53- | 1,220.67 | FHA RISK BASED | 56.58- | 7,886.77- |
| 11/01/13 | PAYMENT | 409.11 | 1,572.25 | | .00 | 7,943.35- |
| 11/01/13 | FHA RISK BASED | 57.53- | 1,572.25 | FHA RISK BASED | 56.58- | 7,943.35- |
| 12/01/13 | PAYMENT | 409.11 | 1,923.83 | | .00 | 7,999.93- |
| 12/01/13 | FHA RISK BASED | 57.53- | 1,923.83 | FHA RISK BASED | 56.58- | 7,999.93- |
| 12/01/13 | CITY/TOWNSHIP | 1,220.67- | 703.16 | CITY/TOWNSHIP | 1,393.65- | 9,393.58- |
| 01/01/14 | PAYMENT | 409.11 | 1,054.74 | PAYMENT | 1,241.16 | 8,209.00- |
| 01/01/14 | FHA RISK BASED | 57.53- | 1,054.74 | FHA RISK BASED | 56.58- | 8,209.00- |
| 02/01/14 | PAYMENT | 409.11 | 1,406.32 | | .00 | 8,265.58- |
| 02/01/14 | FHA RISK BASED | 57.53- | 1,406.32 | FHA RISK BASED | 56.58- | 8,265.58- |
| 02/01/14 | | .00 | 1,406.32 | FHA RISK BASED | 113.16- | 8,378.74- |

(CONTINUED FROM PREVIOUS PAGE)

* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS |
|------|----------|------------------------|----------------------|----------------------|

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|------|-----|-----------------|-------------------|-----|--------------|----------------|
| 03/01/14 | PAYMENT | 409.11 | 1,757.90 | | .00 | 8,378.74- |
| 03/01/14 | FHA RISK BASED | 57.53- | 1,757.90 | | .00 | 8,378.74- |
| 04/01/14 | PAYMENT | 409.11 | 1,238.01 | | .00 | 8,378.74- |
| 04/01/14 | FIRE | 929.00- | 1,238.01 | | .00 | 8,378.74- |
| 04/01/14 | FHA RISK BASED | 57.53- | 1,180.48 | | .00 | 8,378.74- |
| 05/01/14 | PAYMENT | 409.11 | 1,532.06 | | .00 | 8,378.74- |
| 05/01/14 | FHA RISK BASED | 57.53- | 1,532.06 | | .00 | 8,378.74- |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:  
    WILLIAM CHATMAN

Debtor,

Case No. 13-44692  
Chapter 13  
Judge Phillip J. Shefferly

_____/

Potestivo & Associates, P.C.  
By: Kenneth A. VanNorwick (P61707)  
Attorney for Ocwen Loan Servicing, LLC  
811 South Blvd. Suite 100  
Rochester Hills, MI 48307  
(248) 853-4400  
kvannorwick@potestivolaw.com

Jesse R. Sweeney (P60941)  
Attorney for Debtor  
30555 Southfield, Suite 400  
Southfield, MI 48076  
(586) 909-8017  
sweeneylaw2005@yahoo.com

_____/

## PROOF OF SERVICE

    I, Dana Bryan, state that on the __28th__ day of March 2014 I served a copy of the Notice of Appearance and Proof of Service upon:

| | | |
|---|---|---|
| Jesse R. Sweeney, Esq. | Krispen Carroll, Trustee | William Chatman |
| 30555 Southfield, Suite 400 | 719 Griswold, Suite 1100 | 5733 Cary Drive |
| Southfield, MI 48076 | Detroit, MI 48226 | Ypsilanti, MI 48197 |

by placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to the Debtor and via ECF-Electronic filing to the Debtors Attorney and Chapter 13 Trustee.

                                      /s/Dana Bryan  
                                      Dana Bryan  
                                      Employee of Potestivo & Associates, P.C.  
                                      811 South Boulevard, Suite 100  
                                      Rochester Hills, MI 48307  
                                      (248) 853-4400  
                                      dbryan@potestivolaw.com